| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
April 07, 2017
David J. Bradley, Clerk

BADIH AHMAD AHMAD, §
§
  Petitioner, §
§
versus § CIVIL ACTION H-17-0243
§
LORIE DAVIS, §
§
  Respondent. §

## Order of Adoption

On February 1, 2017, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (4). No party filed objections. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Ahmad's petition for writ of habeas corpus is dismissed without prejudice.

Signed April 6, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge